1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DOYALINE VAUGHN,                    No.  CIV.S-05-1400 DAD

12            Plaintiff,
                                        ORDER TO SHOW CAUSE
13      v.

14  JO ANNE B. BARNHART,
    Commissioner of Social
15  Security,

16            Defendant.
    _____/
17

18        On July 19, 2005, the court issued a scheduling order along

19  with a form entitled "Consent to Assignment or Request for

20  Reassignment," which allows a party to consent to proceed before a

21  United States Magistrate Judge, or request reassignment of this case

22  to a United States District Judge.  Pursuant to Appendix A(j) of the

23  Local Rules, and as directed in the "Order Re Consent or Request for

24  Reassignment" accompanying that form, all parties were to execute the

25  form and return it to the Clerk of the Court within ninety days from

26  the date the action was filed.  The Local Rules also required

1

1  plaintiff to serve a copy of these documents on all parties to the

2  action and file a proof of service with the court.  See L.R., App.

3  A(j).  The required time has now expired and plaintiff has not

4  returned the necessary form to the court.

5  In addition, plaintiff was directed to return the necessary

6  documents for service to the United States Marshal's office within

7  fifteen days and thereafter file a statement with the court advising

8  the date upon which said documents were submitted.  The time period

9  has now expired, and it has come to the court's attention that the

10  United States Marshal is not in receipt of the necessary materials.

11  Accordingly, the court HEREBY ORDERS plaintiff to show

12  cause in writing within ten days why this case should not be

13  dismissed for lack of prosecution.  Failure to timely file the

14  required writing will result in a recommendation that the case be

15  dismissed.

16  DATED: October 26, 2005.

17

18  Dale A. Drozd
    DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

19  DAD:lg
    ddad1/orders.socsec/vaughn1400.osc.ftp

20

21

22

23

24

25

26