1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DOYALINE VAUGHN,

       Plaintiff,

  v.

JO ANNE B. BARNHART,
Commisioner of Social
Security,

       Defendant.

NO. 2:05-cv-1400-MCE-DAD

**ORDER**

----oo0oo----

    On February 6, 2006, Plaintiff Doyaline Vaughn filed a Motion, pursuant to Federal Rule of Civil Procedure 60(b), to vacate the Court's previous January 26, 2006 Order of Dismissal and reinstate her case.  Plaintiff requests relief from said dismissal on grounds of her counsel's alleged excusable neglect in failing to timely serve the summons and complaint.

///
///
///

1

1  On February 9, 2006, counsel for the government filed a
2 statement of no opposition to Plaintiff's request to reinstate
3 this matter so that service of process can be duly executed and
4 the case can proceed.
5  Given that non-opposition, and good cause appearing
6 therefor, the Order of Dismissal dated January 6, 2006 is hereby
7 vacated.  The instant case is reinstated.  Plaintiff is ordered,
8 within fifteen days following the date of this Order, to
9 effectuate service, as set forth in the Court's previous Order
10 dated July 19, 2005, by submitting to the United States Marshal a
11 completed summons, four copies of the complaint, and a copy of
12 the Scheduling Order.  The terms of both the July 19, 2005 Order
13 and the July 19, 2005 Scheduling Order shall be in effect as of
14 the date of this Order.

16  IT IS SO ORDERED.

18 DATED: March 27 , 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2