McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DEBORAH LEE STACHEL
Special Assistant U.S. Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8939
    Facsimile:  (415) 744-0134
    Email: Deborah.Stachel@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYALINE VAUGHN, | No. 2:05-CV-01400-MCE-DAD |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND, THREE HUNDRED and 00/100 DOLLARS ($5,300.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

///

///

///

Payment of fees in the amount of FIVE THOUSAND, THREE HUNDRED and 00/100 DOLLARS ($5,300.00) shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

                                              Respectfully submitted,

Dated: November 7, 2007        /s/ Bess M. Brewer
(As authorized via facsimile)
BESS M. BREWER, ESQ.
Attorney for Plaintiff

Dated: November 6, 2007        McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

                                         /s/ Deborah Stachel
DEBORAH LEE STACHEL
Special Assistant U.S. Attorney

                                         Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated: November 15, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE